UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**CRAIG MOSKOWITZ,** on behalf of himself and all others similarly situated,

                Plaintiff,

-vs.-

**AMERICAN SAVINGS BANK, F.S.B.,**

                Defendant.

**3:17 CV 307**

**Class Action**

## PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND FOR A TEMPROARY STAY OF FURTHER PROCEEDINGS ON THAT MOTION

Upon the accompanying Memorandum of Law, any further papers or argument to be submitted by Plaintiff at a subsequent date, and upon all prior pleadings, Plaintiff CRAIG MOSKOWITZ, by and through his undersigned counsel, hereby moves this Court for an order:

    A.    Taking this Motion under submission and deferring further activity on it until after the discovery cutoff date to be set in the Court's upcoming Rule 23 scheduling order, or alternatively;

    B.    Granting Plaintiff's motion for class certification pursuant to Fed. R. Civ. P. 23.

Dated: White Plains, New York
       February 21, 2017

                              Respectfully submitted,

                              s/Aytan Y. Bellin
                              Aytan Y. Bellin ct28454

                              **BELLIN & ASSOCIATES LLC**
                              85 Miles Avenue
                              White Plaines, NY  10606
                              Phone: 914-358-5345
                              Fax: 212-571-0284
                              Aytan.Bellin@bellinlaw.com

                              *Attorneys for Plaintiff and proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record and a copy will be served on Defendant(s) along with the summons and complaint.

s/Aytan Y. Bellin