## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| **CRAIG MOSKOWITZ**, on behalf of himself on behalf and all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>**AMERICAN SAVINGS BANK, F.S.B.**,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 3:17 cv 00307<br>)<br>)   **CLASS ACTION**<br>)<br>) |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i), Plaintiff Craig Moskowitz, through his undersigned attorney hereby voluntarily dismisses this action against Defendant American Savings Bank, F.S.B., without prejudice, and without costs as to any party.

Dated: May 15, 2017

CRAIG MOSKOWITZ, by

s/ Aytan Y. Bellin
Aytan Y. Bellin (ct28454)
Bellin & Associates LLC
85 Miles Avenue
White Plaines, NY10606
Phone: 914-358-5345
Fax: 212-571-0284
E-mail: Aytan.Bellin@bellinlaw.com

*Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

      I, Aytan Y. Bellin, certify that on May 15, 2017 I caused to be served the foregoing document by ECF on all counsel of record.

                                    /s/ Aytan Y. Bellin_____  
                                    AYTAN Y. BELLIN, ESQ.